In the Matter of the Claim of EDMUND DAVIS, Respondent, against RAYMOND B. RYAN, Appellant. STATE INDUSTRIAL BOARD, Respondent.— The uninsured employer appeals from a decision and award of the State Industrial Board affirming a referee's decision and award. The claimant-respondent was employed on a dairy farm operated by the employer-appellant. He performed duties usual to a farm hand and was not required at any time to leave the farm or perform any duties outside of the limits of the farm. He testified that his sole occupation was that of a farm hand and that he had never been employed at any other work. On March 16, 1938, while operating a buzz saw on the farm for the purpose of cutting fire wood, he was injured. The Industrial Board found that the employer's major business was the operation of a milk pasteurizing and bottling plant in the city of Utica and that the claimant's work was incidental to such business. There is nothing in the evidence to sustain such finding. Claimant was employed to do general farm work and was at all times a farm laborer. He performed no duties in connection with the pasteurizing and bottling plant but his time was devoted exclusively to farm labor on the farm where he lived. The cutting of wood for kindling did not alter his status. The award should be reversed and the claim dismissed, with costs against the State Industrial Board. Award reversed and claim dismissed, with costs against the State Industrial Board. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.

In the Matter of the Claim of Mrs. JESSIE P. MUNDELL, Respondent, against EDWARD C. SWEENEY and HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by the employer and insurance carrier from an award of the State Industrial Board. It was found that the decedent's mother was dependent upon him and the Board awarded her death benefits. The evidence supports the award. The decedent was under age and it was to be expected that his earnings would increase. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of PRESTON H. CLINGAN, Respondent, against HARRIS STRUCTURAL STEEL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. This is an appeal by a self-insured employer from a decision of the State Industrial Board making an award of partial dependency to Preston H. Clingan, father of a deceased employee. The sole question is that of dependency. The Industrial Board found that the father of the decedent, who is over eighty years of age, was partially dependent upon his deceased son for support. The evidence sustains the finding. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.